UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>ELADIO MARROQUIN-MARTINEZ,<br><br>　　　Defendant. | NO. CR-11-00048-JLQ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　BEFORE THE COURT is the Government's Motion for Order of Dismissal with Prejudice (ECF 23), filed April 29, 2011, and noticed for hearing without oral argument on that same date.

　　　The Government's Motion for Order of Dismissal with Prejudice (ECF 23) is hereby **GRANTED**. Pursuant to Fed.R.Crim.P. 48(a), leave of court is granted for dismissal. The court makes no judgment as to the merit or wisdom of this dismissal.

　　　**IT IS SO ORDERED**. The Clerk of this court shall enter this Order, forward copies to counsel, and close this file.

　　　**DATED** this 29th day of April, 2011.

　　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1